Todd M. Friedman (216752)
Suren N. Weerasuriya (278512)
Adrian R. Bacon (280332)
**Law Offices of Todd M. Friedman, P.C.**
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@attorneysforconsumers.com
sweerasuriya@attorneysforconsumers.com
abacon@attorneysforconsumers.com
*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY BLOTZER, on behalf of himself and all others similarly situated, ) ) ) | Case No. Case 8:15-cv-01011-SJO-PLA |
| ) | [Hon. S. James Otero] |
| Plaintiff, ) ) | |
| vs. ) ) | **NOTICE OF SETTLEMENT** |
| ) ) | |
| AMERICAN EXPRESS COMPANY ) ) | |
| Defendant. ) ) | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled.

In making a determination to resolve this matter, Plaintiff and her counsel of record carefully weighed the fact that another nationwide putative class action brought pursuant to the TCPA, was already filed and is being actively litigated against the same defendant. See *Ossola v American Express Company*, Case No. 1:13-cv-04836 (filed 07/03/13 in the United States District Court Northern District of Illinois). The class definition in the *Ossola* matter appears to overlap with Plaintiff's class definition:

All persons who, on or after July 3, 2009, defendant called a cell phone number using predictive dialing equipment and/or a prerecorded or artificial voice where defendant did not obtain the phone number called from the called party, with respect to the subject matter of the alleged debt being collected (for example, where the number was obtained through skip tracing or captured by the defendant's equipment from an inbound call, or defendant was calling a wrong number).

Plaintiff's resolution of her individual matter will in no way prejudice putative class members, whose claims are being actively litigated by Plaintiff Ossola and her counsel of record.

Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 15th day of October, 2015.
By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

Filed electronically on this 15th day of October, 2015, with:

United States District Court CM/ECF system

Notification sent electronically on this 15th day of October, 2015, to:

Honorable Judge S. James Otero
United States District Court
Central District of California

Marcos D. Sasso
Strook & Strook & Lavan LLP


s/Adrian R. Bacon
Adrian R. Bacon