JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CASEY BLOTZER,** Individually, And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> **AMERICAN EXPRESS COMPANY,** <br><br> Defendant. | Case No. 8:15-cv-01011-SJO-PLA <br><br> **ORDER** |

```
FILED
CLERK, U.S. DISTRICT COURT

December 16, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY:        VPC        DEPUTY
```

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the putative class. Each party shall bear its own costs and expenses.

Dated this 16th day of December, 2015.

_S. James Otero_

_____

The Honorable S. James Otero